Case 1:24-mj-00210-RMM   Document 1-1   Filed 06

Case: 1:24-mj-00210
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/27/2024
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF OFFENSE**

On June 24, 2024, at approximately 6:51 p.m., members of the Metropolitan Police Department's ("MPD") Violent Crime Suppression Division's Robbery Suppression Unit ("RSU") were on patrol in the Sixth District. RSU members were dressed in plain clothes and wearing tactical vests identifying themselves as MPD. RSU was patrolling in multiple vehicles, going southbound on the 3900 block of Minnesota Avenue NE, Washington, DC.

As they were driving, RSU members, including Investigator Wayne David, observed an individual, later identified as Larnell Hutchinson, standing at a bus stop on the West side of Minnesota Avenue NE. When Hutchinson saw the vehicles approach, Hutchinson looked startled and began walking away from the bus stop. At that time, Hutchinson took off in unprovoked flight, and reached toward his waistband with both hands.



*Figure 1: Hutchinson with Both Arms Bent, Reaching Hands Toward his Waistband*

Hutchinson ran going northbound toward the intersection of Minnesota Avenue and Dix Street NE. RSU members, including Investigator David, saw Hutchinson retrieve two firearms from his waistband. As he was running, Hutchinson threw one of the firearms (later identified to be a 9mm Taurus model PT111G2) over the cars and into the intersection of Minnesota Avenue and Dix Street NE.[1]

---

[1] The Gerstein filed in D.C. Superior Court Case No. 2024 CF2 6224 inadvertently mixed-up which weapon was thrown and which one was dropped—mistakenly stating that the Taurus was dropped, and the Glock was thrown.



*Figure 2: Taurus Firearm in the Air Being Thrown by Hutchinson*

Hutchinson then dropped the second firearm he was holding (later identified as 9mm Glock model 17) into the road, where it landed between two cars.



*Figure 3: Glock in the Road Between Cars*

RSU members pursued Hutchinson as he ran through the intersection and turned right on Dix Street NE.  MPD Officer Haley Wershbale remained next to the firearm that fell out of Hutchinson's waistband and landed in the street.



*Figure 4: Firearm in Road After it was Dropped by Hutchinson*

Investigator David ran after Hutchinson through the intersection, and saw the second firearm, which had landed on the far side of the intersection.  Investigator David remained with that firearm, the Taurus, as other RSU members continued their pursuit of Hutchinson.



*Figure 5: Investigator David in Pursuit of Hutchinson*



*Figure 6: Taurus on Ground in Intersection*

Hutchinson ultimately heeded officers' multiple commands to stop, and he was apprehended farther down Dix Street NE and placed under arrest.

The two firearms were recovered and processed by Investigator David. The first firearm, which Hutchinson threw across the intersection, is a 9mm Taurus model PT111G2 semi-automatic pistol with the serial number TJY85731. The firearm was chambered with one round and had 18 additional rounds of ammunition in an 18-round capacity magazine.



*Figure 7: Recovered Taurus, Magazine, and Ammunition*

The second firearm, which Hutchinson dropped into the road, is a 9mm Glock model 17 semi-automatic pistol with serial number BVTB903. The firearm was chambered with one round and had 11 additional rounds of ammunition in a 31-round capacity magazine.



*Figure 8: Recovered Glock, Extended Magazine, and Ammunition*

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

Hutchinson was previously convicted of offenses punishable by terms of imprisonment greater than one year. Specifically, in D.C. Superior Court Case No. 2017 CF3 001804, Hutchinson was convicted of Robbery While Armed (Imitation Firearm) and sentenced to 60 months' incarceration. In D.C. Superior Court Case No. 2017 CF3 001764, Hutchinson was convicted of Attempt to Commit Robbery and sentenced to 14 months' incarceration. In D.C. Superior Court Case No. 2016 CF3 009252, Hutchinson was convicted of Robbery and sentenced to 12 months' incarceration. Moreover, the sentences for those three cases were to run consecutive to one another. Therefore, Hutchinson was aware at the time of this offense that he had been convicted of offenses punishable by terms of imprisonment greater than a year.

Respectfully Submitted,

*Wayne David*
Investigator Wayne David
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 27, 2024.

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE